GARY E. KLAUSNER (SBN 69077)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: gek@lnbyb.com; kjm@lnbyb.com

TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000; Facsimile: (310 471-7990
Email: tlallas@lsl-la.com; mhurwitz@lsl-la.com

Attorneys for Plaintiff Barry Beitler

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>JOHN JEAN BRAL<br><br>        Debtor and Debtor-in-Possession.<br><br>BARRY BEITLER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN JEAN BRAL,<br><br>        Defendant. | Case No. 8:17-bk-10706-SC<br><br>Chapter 11<br><br>Adv. Case No. 8:17-ap-01092-SC<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN J. BRAL IN SUPPORT OF MOTIONS TO BIFURCATE ISSUES OF LIABILITY AND DISCHARGEABILITY IN ADVERSARY, OR TO STAY ADVERSARY UNTIL UNDERLYING LIABILITY ON CLAIMS IS DETERMINED IN ANOTHER PROCEEDING**<br><br>Date:   October 19, 2017<br>Time:  11:00 a.m.<br>Place:  Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA |

1

Barry Beitler ("Plaintiff") hereby submits these Evidentiary Objections to that certain *Declaration Of John J. Bral In Support Of Motions To Bifurcate Issues Of Liability And Dischargeability In Adversary, Or To Stay Adversary Until Underlying Liability On Claims Is Determined In Another Proceeding* (the "Declaration") [Doc. No. 10] filed by Defendant John Jean Bral (the "Debtor" or "Defendant").

## I.    Summary of Objections

The Declaration is a poor substitute for actual evidence.  Most, if not all of the Declaration, constitutes inadmissible argument, opinion, and hearsay, and none of the assertions set forth in the Declaration are supported by any actual evidence, documentary or otherwise.

## II.    Evidentiary Objections

**A.    Page 2, Paragraph 5:** "Over time, Beitler used his substantially greater financial resources to try to gain economic advantages over me and other members in the SPEs, and to bring about my financial ruin. For example when the SPEs' loans fell into default, Beitler would acquire these loans (through newly formed LLC's 100% owned and controlled by Beitler) and then foreclose upon the properties owned by the SPEs and to the detriment of his former co-members.  Worse, the entities controlled by Beitler then sought recourse against me on the guarantees that I executed securing these loans, while ignoring the co-guarantees that Beitler and his related entities executed."

**Objection:**    Lack of Foundation. Fed. R. Evid. §§602, 701; Improper Opinion and Argument. Fed R. Evid. §§ 701, 702. The Debtor has not established any foundation for any of the statements that he makes in paragraph 5 of the Declaration.  Moreover, these statements constitute nothing more than opinion and argument, devoid of any actual facts or factual references.  Moreover, these general, vague, and irrelevant statements are not supported by any specific facts, information, or documentation.

Sustained:_____

Overruled:_____

**B.** <u>Page 4, paragraph 11, lines 5 - 8:</u> "In order to resolve whether or not the Beitler Parties have any claims, the presiding court will have to resolve a host of difficult legal issues and weight the merits of competing forensic accounting reports and testimony."

**Objection:** <u>Lack of Foundation</u>. Fed. R. Evid. §§602, 701; <u>Improper Opinion and Argument</u>. Fed R. Evid. §§ 701, 702.  The Debtor has not established any foundation for this statement.  Moreover, this statement constitute nothing more than legal opinion and argument, devoid of any actual facts or factual references.

Sustained:_____

Overruled:_____

**C.** <u>Page 6, para. 24:</u> "When the Loan fell into default, Beitler acquired it, through Steward, and initiated a foreclosure against the OV Property, instead of working to protect the rights of Ocean View's members."

**Objection:** <u>Lack of Foundation</u>. Fed. R. Evid. §§602, 701; <u>Improper Opinion and Argument</u>. Fed R. Evid. §§ 701, 702.  The Debtor has not established any foundation for the statement "instead of working to protect the rights of Ocean View's members."  Moreover, this statement constitute nothing more than legal opinion and argument, devoid of any actual facts or factual references.

Sustained:_____

Overruled:_____

**D.** <u>Pages 7 – 8, paras. 32 – 35:</u> Entire section of Declaration titled "The Importance Of Objecting To The Beitler Parties' And Steward Claims"

**Objection:** <u>Lack of Foundation</u>. Fed. R. Evid. §§602, 701; <u>Improper Opinion and Argument</u>. Fed R. Evid. §§ 701, 702; <u>Hearsay</u>. Fed R. Evid. §§ 801, 802.

The Debtor has not established any foundation for the statements set forth in this section of the Declaration, much of which is based on what unspecified persons "advised" the Debtor (*see*

3

statements beginning with phrase "I have been advised" and "I have also been advised"). Moreover, these statements constitute nothing more than opinion and argument, devoid of any actual facts or factual references.

Sustained:_____

Overruled:_____

Dated: October 5, 2017                    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:   */s/ Krikor J. Meshefejian*
     GARY E. KLAUSNER
     KRIKOR J. MESHEFEJIAN
     Attorneys for Barry Beitler

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN J. BRAL IN SUPPORT OF MOTIONS TO BIFURCATE ISSUES OF LIABILITY AND DISCHARGEABILITY IN ADVERSARY, OR TO STAY ADVERSARY UNTIL UNDERLYING LIABILITY ON CLAIMS IS DETERMINED IN ANOTHER PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 5, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 5, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 5, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Overnight Mail***
Hon. Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**